IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK MCCANN,

                Plaintiff,

v.

GWEN M. DOYLE,

                Defendant.

ORDER

15-cv-104-jdp

---

      Pro se plaintiff Derrick McCann filed this civil action alleging that defendant Gwen Doyle, a "family case manager," discriminated against him based on his race in a Milwaukee County child protective services case. After screening the complaint, I concluded that plaintiff's complaint failed to satisfy Federal Rule of Civil Procedure 8 and directed plaintiff to submit an amended complaint more clearly detailing his claims. Dkt. 4. I gave plaintiff until June 1, 2016 to respond to my order. *Id.* I warned plaintiff that if he failed to respond, then I would dismiss his case for his failure to state a claim upon which relief may be granted. *Id.* The deadline for a response has now passed and plaintiff has not responded to my order.

      Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice. The clerk of court is directed to close this case.

      Entered July 8, 2016.

                                              BY THE COURT:

                                              /s/

                                              _____

                                              JAMES D. PETERSON
                                              District Judge