IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK MCCANN,

      Plaintiff,

v.

GWEN M. DOYLE,

      Defendant.

JUDGMENT IN A CIVIL CASE

15-cv-104-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/                                                                7/8/2016

Peter Oppeneer, Clerk of Court                       Date